## FOWLKES *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 75, September Term, 1959.]

*Decided April 18, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons set forth in Judge Warnken's opinion below and the added citation of *Wilson v. Warden,* 222 Md. 580, the application for leave to appeal is denied.